No. 78-1459. FEELINGS v. LEFEVRE, CORRECTIONAL SUPER-INTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78-1460. APPLE THEATRE, INC. v. CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied.

No. 78-1471. LITTLE v. UNITED STATES.; and
No. 78-6423. ROBERTSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78-1476. LYNCH v. INDIANA STATE UNIVERSITY BOARD OF TRUSTEES. Ct. App. Ind. Certiorari denied.

No. 78-1490. GRAHAM ET AL. v. BUCKS COUNTY BOARD OF ASSESSMENT APPEALS. Sup. Ct. Pa. Certiorari denied.

No. 78-1497. HEAVRIN v. KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied.

No. 78-1503. SOCIALIST WORKERS PARTY ET AL. v. EU, SEC-RETARY OF STATE OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 78-1517. HATHORN, MAYOR OF LOUISVILLE, ET AL. v. LOVORN ET AL. Sup. Ct. Miss. Certiorari denied.

No. 78-1525. NOWLIN v. CITY OF PEARL, MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 78-1528. SCALES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78-1532. MERCURI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.